```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

ROBERT SAYRES                                                    PLAINTIFF

       v.                Civil No. 10-3032

STATE OF ARKANSAS;
PHILLIP MOON, Attorney;
and SHERIFF DANNY HICKMAN,
Boone County, Arkansas                                           DEFENDANT

### ORDER

NOW on this 14th day of July 2010, comes on for consideration the Magistrate Judge's Report and Recommendation (document #9), filed on May 26, 2010, and plaintiff's objections, (documents #10, 11, and 12), filed on May 26, 2010, June 7, 2010, and July 1, 2010. The Court, being well and sufficiently advised, finds that plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted *in toto***. Accordingly, the Court hereby adopts the Report and Recommendations and the plaintiff's motion for leave to proceed IFP is denied pursuant to section 1915(g); and, the plaintiff's complaint is dismissed because the claims are frivolous, fail to state claims upon which relief may be granted, and seek relief against defendants who are immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(IFP action may be dismissed on such grounds at any time).

**IT IS FURTHER ORDERED** that the Clerk is directed to place a § 1915 flag on this case and on cases 05-3049 and 05-3063.

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE